IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLO.

Civil Action No. 06-CV-00859-BNB

MAY -5 2006

GREGORY C. LANGHAM
CLERK

CLOVIS CARL GREEN,

    Plaintiff,

v.

JOE ORTIZ,
GARY GOLDER,
JAMES E. ABBOTT,
MS. CATHIE HOLST,
ANTHONY A. DECESARO,
KEVIN MILYARD, and
MS. CAROL SOARES,

    Defendants.

---

ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND
DISMISSING THE ACTION

---

    Plaintiff Clovis Carl Green, Jr., is a prisoner in the custody of the Colorado Department of Corrections at the Colorado Territorial Correctional Facility in Cañon City, Colorado. Mr. Green has submitted to the Court *pro se* a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915, a Prisoner Complaint, a motion for appointment of counsel, three motions for a preliminary injunction, and a motion titled "Motion for Court Order to Permanently Enjoin the State of Colorado and the Colorado Department of Corrections from Directly, Indirectly, or Secretly Reimbursing or Compensating in Any Manner at All Whatsoever Any Defendant State Official Who Is Ordered to Pay Money Damages to the Plaintiff or to Any Other Prisoners Now or in the Future." He also has submitted letters to Chief Judge Lewis T.

Babcock and to the clerk of the Court. For the reasons stated below, the action will be dismissed.

Mr. Green has been permanently enjoined from filing any *pro se* civil complaints in this Court without first obtaining leave of court to proceed *pro se*. See Modified Appendix B in *Green v. Price*, 95-mc-00009-DBS (D. Colo. Feb. 29, 1996). In order to obtain permission to proceed *pro se*, Mr. Green must submit with any complaint he seeks to file a "Petition Pursuant to Court Order Seeking Leave to File a *Pro Se* Action" that includes the information specified in the sanction order. Mr. Green has not filed the necessary petition seeking leave to file a *pro se* action. Accordingly, it is

ORDERED that the clerk of the Court commence this civil action. It is

FURTHER ORDERED that Prisoner Complaint and the action are dismissed without prejudice because Plaintiff has failed to comply with the order enjoining him from filing *pro se* actions. It is

FURTHER ORDERED that the pending motions are denied as moot.

DATED at Denver, Colorado, this 4th day of May, 2006.

BY THE COURT:

/s/ Zita L. Weinshienk

ZITA L. WEINSHIENK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. **06 - CV - 00859-** BNB

Clovis Carl Green
Reg. No. 69277
CTCF
P.O. Box 1010
Canon City, CO 81215

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 5-5-06

GREGORY C. LANGHAM, CLERK

By: /s/
       Deputy Clerk