IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 12 2006

GREGORY C. LANGHAM
CLERK

Civil Action No. 06-cv-00859-ZLW

CLOVIS CARL GREEN,

    Plaintiff,

v.

JOE ORTIZ,
GARY GOLDER,
JAMES E. ABBOTT,
MS. CATHIE HOLST,
ANTHONY A. DECESARO,
KEVIN MILYARD, and
MS. CAROL SOARES,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

    This matter is before the Court on the letters to the Court and the Clerk of the Court submitted *pro se* by Plaintiff Clovis Carl Green and filed with the Court on May 11, 2006. In the letters, Mr. Green requests a copy of the Modified Appendix B in *Green v. Price*, 95-mc-00009-DBS (D. Colo. Feb. 29, 1996). He also asks the Court to return to him the complaint and pretrial motions he filed in the instant action. The requests are DENIED. Mr. Green may obtain copies of the documents he requests at a cost of fifty cents per page, to be paid in advance. Plaintiff is advised that he should not submit to the Court any documents he may want copies of because the Court's electronic filing system does not allow the Court to maintain paper copies.

Dated: May 12, 2006

Copies of this Minute Order were mailed on May 12, 2006, to the following:

Clovis Carl Green
Reg. No. 69277
CTCF
P.O. Box 1010
Canon City, CO 81215

                                            Secretary/Deputy Clerk