IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00859-ZLW

CLOVIS CARL GREEN,

    Plaintiff,

v.

JOE ORTIZ,
GARY GOLDER,
JAMES E. ABBOTT,
MS. CATHIE HOLST,
ANTHONY A. DECESARO,
KEVIN MILYARD, and
MS. CAROL SOARES,

    Defendants.

FILED
UNITED STATES DISTRICT COURT

JUN - 2 2006

GREGORY C. LANGHAM
CLERK

## ORDER TO STRIKE

This matter is before the Court on the letter (document no. 18) Plaintiff Clovis Carl Green submitted to the Court and the Court filed on May 24, 2005. The instant complaint and action were dismissed without prejudice in an order filed on May 5, 2006, because Mr. Green failed to comply with the order enjoining him from filing *pro se* actions. Mr. Green has been permanently enjoined from filing any *pro se* civil complaints in this Court without first obtaining leave of court to proceed *pro se*. *See* Modified Appendix B in *Green v. Price*, 95-mc-00009-DBS (D. Colo. Feb. 29, 1996). In order to obtain permission to proceed *pro se*, Mr. Green must submit with any complaint he seeks to file a "Petition Pursuant to Court Order Seeking Leave to File a *Pro Se* Action" that includes the information specified in the sanction order.

Mr. Green is a sophisticated *pro se* litigant who also is well-acquainted with the

fact that pursuant to D.C.COLO.LCivR 77.2 no party to an action shall send letters, pleadings, or other papers directly to a judicial officer.  Therefore, the letter to the Court submitted by Mr. Green and filed by the Court on May 24, 2006, will be stricken. Accordingly, it is

    ORDERED that the letter (document no. 18) Plaintiff Clovis Carl Green submitted to the Court and the Court filed on May 24, 2005, is stricken.

    DATED at Denver, Colorado, this __2__ day of _____June_____, 2006.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-cv-00859-BNB

Clovis Carl Green
Reg. No. 69277
CTCF
P.O. Box 1010
Canon City, CO 81215

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on _____

GREGORY C. LANGHAM, CLERK


By:_____
        Deputy Clerk