IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00859-ZLW

CLOVIS CARL GREEN,

    Plaintiff,

v.

JOE ORTIZ,
GARY GOLDER,
JAMES E. ABBOTT,
MS. CATHIE HOLST,
ANTHONY A. DECESARO,
KEVIN MILYARD, and
MS. CAROL SOARES,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 2 2 2006

GREGORY C. LANGHAM
CLERK

---

ORDER DENYING MOTION FOR RECONSIDERATION

---

Plaintiff Clovis Carl Green filed *pro se* on June 6, 2006, a letter to the clerk of the Court and a motion for relief from judgment pursuant to Rule 60 of the Federal Rules of Civil Procedure. Mr. Green seeks reconsideration of the dismissal order filed on May 5, 2006, in the instant action. The Court must construe the motion liberally because Mr. Green is proceeding *pro se*. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). For the reasons stated below, the Fed. R. Civ. P. 60 motion will be denied.

A litigant subject to an adverse judgment, and who seeks reconsideration by the district court of that adverse judgment, may "file either a motion to alter or amend the judgment pursuant to Fed. R. Civ. P. 59(e) or a motion seeking relief from the judgment

pursuant to Fed. R. Civ. P. 60(b)." ***Van Skiver v. United States***, 952 F.2d 1241, 1243 (10th Cir. 1991). A motion to reconsider filed within ten days after the judgment will be considered pursuant to Rule 59(e). ***See id.*** A motion to reconsider filed more than ten days after the final judgment in an action should be considered pursuant to Rule 60(b). ***See id.*** at 1243. Mr. Green's motion, which was filed more than ten days after the Court's dismissal order filed on May 5, 2006, will be considered pursuant to Fed. R. Civ. P. 60(b). Relief under Rule 60(b) is appropriate only in extraordinary circumstances. ***See Massengale v. Oklahoma Bd. of Examiners in Optometry***, 30 F.3d 1325, 1330 (10th Cir. 1994).

The Court dismissed the instant action without prejudice because Mr. Green failed to comply with the order enjoining him from filing ***pro se*** civil complaints in this Court without first obtaining leave of court to proceed ***pro se***. *See* Modified Appendix B in ***Green v. Price***, 95-mc-00009-DBS (D. Colo. Feb. 29, 1996). The basis for the dismissal is explained in detail in the dismissal order filed on May 5, 2006. Upon consideration of the motion to reconsider and the entire file, the Court finds that Mr. Green fails to demonstrate the existence of any extraordinary circumstances that would justify a decision to reconsider and vacate the order dismissing this action. Therefore, the motion for reconsideration will be denied.

For Mr. Green's information, Modified Appendix B contains four pages. Mr. Green may purchase a copy of Modified Appendix B at a cost of fifty cents per page, to be paid in advance by check or money order made payable to "Clerk, U.S. District Court." Accordingly, it is

ORDERED that the motion submitted *pro se* by Plaintiff Clovis Carl Green seeking reconsideration of the dismissal order filed on May 5, 2006, and which the Court has construed liberally as a motion pursuant to Rule 60(b) of the Federal Rules of Civil Procedure, is denied.

DATED at Denver, Colorado, this ⎯⎯ day of ⎯⎯June⎯⎯, 2006.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-cv-00859-BNB

Clovis Carl Green
Reg. No. 69277
CTCF
P.O. Box 1010
Canon City, CO 81215

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 6/22/06

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk