**United States Court of Appeals for the Tenth Circuit**
OFFICE OF THE CLERK
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303)844-3157

Elisabeth A. Shumaker
Clerk of Court

Douglas E. Cressler
Chief Deputy Clerk

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 1 3 2006

GREGORY C. LANGHAM
CLERK

July 12, 2006

Mr. Gregory C. Langham, Clerk
United States District Court for the District of Colorado
Alfred A. Arraj United States Courthouse
Room A105
901 19th Street
Denver, CO 80294-3589

Mr. Clovis Carl Green, Jr.
Colorado Territorial Correctional Facility
#69277
P.O. Box 1010
Canon City, CO 81215-1010

Re:   06-1213, In re Green
      Dist/Ag docket:  06-CV-00859 ZLW

Dear Clerk and Petitioner:

The court filed an order today dismissing this case. A copy of the order is enclosed for all parties.

Also enclosed for the district court clerk or for the named agency, is a certified copy of the dismissal order which is issued as the mandate of the court. Please file it in the records of the district court or agency.

Please contact this office if you have questions.

Sincerely,

Elisabeth A. Shumaker
Clerk, Court of Appeals

By: *[signature]*
Deputy Clerk

clk:sts

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

| | |
|---|---|
| In re: CLOVIS CARL GREEN, JR., | No. 06-1213 |
| Petitioner. | (D.C. No. 06-cv-00859-ZLW) |

ORDER

Filed July 12, 2006

The captioned appeal is dismissed for lack of prosecution pursuant to 10th Cir. R. 42.1.

A certified copy of this order shall stand as and for the mandate of this court.

Entered for the Court
ELISABETH A. SHUMAKER, Clerk

by: *[signature]*
Deputy Clerk

A true copy
Teste
Elisabeth A. Shumaker
Clerk, U.S. Court of
Appeals, Tenth Circuit
By *[signature]*
Deputy Clerk